**1516  FULLER** (Twp. Treas.) vs. THE TOWNSHIP BOARD (Mussey), No. 12330½.

To compel allowance of claim for legal services.

In a certain litigation, growing out of the seizure of certain personal property for taxes, attorneys were employed who after-· wards presented their claims to the township board. Upon disallowance of the claims application is made here by relator.

Order to show cause denied October 28, 1891.

**1517  PETERS** vs. BOARD OF SUPERVISORS (Schoolcraft), No. 12347½.

To compel respondent to pay relator's bill of $25 for services as attorney appearing in behalf of the people, at the request of the circuit judge, and resisting a motion to quash a complaint and warrant and discharge the prisoner, the prosecuting attorney being disqualified.

Order to show cause denied November 18, 1891.

**1518  DE LONG** vs. BOARD OF SUPERVISORS (Muskegon), No. 15855; 3 D. L. N., 767; 69 N. W., 115.  (Certiorari to Muskegon.)

To compel respondent to allow relator's claim for services in taking a criminal case to the Supreme Court, and the expenses of printing record and brief.

The circuit judge denied the writ.  Affirmed February 2, 1897, with costs.

Held, that an attorney appointed to defend an indigent prisoner in the Circuit Court, cannot, upon his own motion upon conviction, appeal the case to the Supreme Court and make the charge for his services and the expenses of such appeal a claim against the county.